**NEW YORK TRUST COMPANY, as Trustee, Appellant, v. NORTHERN PACIFIC RAILWAY COMPANY et al.**

No. 11714.

Circuit Court of Appeals, Eighth Circuit.

Feb. 21, 1944.

460

White & Case, of New York City, and Kingman, Cross, Morley, Cant & Taylor, of Minneapolis, Minn., for appellant.

M. L. Countryman, Jr., of St. Paul, Minn., C. W. Wright and D. C. Edwards, both of Minneapolis, Minn., Davis, Polk, Wardwell, Sunderland & Kiendl, of New York City, Kellogg, Morgan, Chase, Carter & Headley, of St. Paul, Minn., Faegre & Benson, of Minneapolis, Minn., Rathbone, Perry, Kelley & Drye and Alexander & Green, all of New York City, Doherty, Rumble, Butler, Sullivan & Mitchell, of St. · Paul, Minn., Mitchell, Capron, Marsh, Angulo & Cooney, of New York City, Otis, Faricy & Burger, of St. Paul, Minn., Gillette, Nye, Harries & Montague, of Duluth, Minn., Fowler, Youngquist, Furber, Taney & Johnson, of Minneapolis, Minn., J. H. Mulally, of St. Paul, Minn., Cadwalader, Wickersham & Taft and Cook, Lehman, Greenman, Goldmark & Loeb, all of New York City, and O'Brien, Horn, Stringer & Seymour, of St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without costs, pursuant to stipulation.